JOSEPH MEKUSH, Appellant, v. OVERSEAS SHIPPING Co., INC., Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CAROLINA MESSINA, Respondent, v. BROOKLYN POSTER ADVERTISING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

NICOLO MESSINA, Respondent, v. BROOKLYN POSTER ADVERTISING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MICHAEL O'CONNOR, Respondent, v. JOHN E. CORRIGAN, Appellant.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JAMES V. P. OGLESBY, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Judgment and order reversed on the facts, and a new trial granted, costs to abide the event, upon the ground that the answer of the jury, in their special verdict, to the first question submitted to them, viz.: " Was the plaintiff suffering from syphilis on June 15, 1920, the date of the application for insurance herein? A. No," was contrary to the evidence. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Young, J., dissents.

CHARLES J. PINTEL, Respondent, v. NOTICK REALTY COMPANY, INC., and Others, Defendants, Impleaded with LOTTIE SNYDER, Intervenor, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSIE GROSS and Others, Appellants, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, Respondents, Impleaded with DANIEL FUCHS and Another, Intervenors, Respondents.— Order dismissing writ of certiorari unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PHILIP SCHMITT, Appellant, v. MALONE DAIRY COMPANY, Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM E. SCHRATWIESER, Respondent, v. MARY O'C. SCHRATWIESER, Appellant.— We are of opinion that the discretion of the learned court in modifying the decree of separation was improperly exercised, and that the defendant's failure to permit plaintiff to take the child upon the occasion he mentioned was excusable, in view of its physical condition. The order upon the motion to punish defendant for contempt and for a modification of the decree is reversed, with ten dollars costs and disbursements, and the motion denied. We have examined the replying affidavit of the plaintiff upon the appeal, and the order denying defendant's motion to resettle the order of July 2, 1925, is affirmed, without costs. Rich, Jaycox, Kapper and Lazansky, JJ., concur; Kelly, P. J., not voting.

RICHMOND H. SHREVE and Another, Appellants, v. THOMAS HASTINGS and Another, Individually and as Partners, etc., Respondents. (Appeal No. 1.) — Order granting defendants' motion to transfer action from the Trial to the Special Term affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

RICHMOND H. SHREVE and Another, Appellants, v. THOMAS HASTINGS and

Another, Individually and as Partners, etc., Respondents. (Appeal No. 2.) — Order vacating notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

Rocco Simonetta, Respondent, v. Filippo Linsalata, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Traub Amusement Company, Inc., Respondent, v. Harry Mackler, Individually and as President, etc., Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Max Weinberg, Respondent, v. Conway Tearle and Another, Appellants.— Judgment and order denying motion for new trial reversed on the law and the facts, and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $3,012.13. In the event of such stipulation the judgment as so modified, and the order, are unanimously affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

Jacques Weinberg, an Infant, by Max Weinberg, His Guardian ad Litem, Respondent, v. Conway Tearle and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Samuel J. Aronson, Appellant, v. Merit Cloth Examining & Shrinking Works, Inc., Respondent.— Order denying plaintiff's motion for a further bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

Joseph Block, Appellant, Impleaded with Another, Plaintiff, v. Conrad Hubert, Respondent, Impleaded with Another, Defendant.— Order denying motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Rich, Jaycox, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents.

Peter Derecas, Respondent, v. David Hauser, Appellant.— Order affirmed, without costs, upon condition that within three days after entry of an order hereon and service of a copy thereof upon the attorney for respondent, the respondent furnish an undertaking in the sum of $250, pursuant to section 893 of the Civil Practice Act; otherwise, order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

Patrick L. DeSalvo, Appellant, v. Abraham Krasne, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Joseph A. Epstein and Others, Copartners, etc., Appellants, v. National Surety Company of New York, Respondent.— Judgment unanimously affirmed, with costs. The complaint of appellant concerning the alleged improper conduct of defendant's trial counsel should have been made to the trial justice by appropriate objection and exception to his rulings. But one exception is presented to us, and in this particular instance we think it does not present reversible error. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.